UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ------------------------------------------------------------- X | | |
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : : : : | 3:09-md-02100-DRH-PMF MDL No. 2100 |
| ------------------------------------------------------------- | : | Judge David R. Herndon |
| VANESSA TYNER | : | ORDER |
| Plaintiff vs. | : : | Civil Action No.: 3:10-CV-20183 |
| BAYER HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE, LLC. | : : : | |
| Defendants. | | |
| ------------------------------------------------------------- X | | |

Upon consideration of Plaintiff's Motion for Leave to File a First Amended Complaint (3:10-CV-20183 Doc. 19), the Court hereby ORDERS as follows:  Plaintiff's Motion is **GRANTED**.  Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter**.

      **SO ORDERED:**

/s/  David R Herndon

Chief Judge
United States District Court              DATE: April 6, 2010