**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

_____
                                                    )
IN RE YASMIN AND YAZ (DROSPIRENONE))   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND    )
PRODUCTS LIABILITY LITIGATION          )         MDL No. 2100
_____ )
                                                    )   ORDERGRANTING VOLUNTARY
                                                        DISMISSAL WITHOUT PREJUDICE

**This Document Relates to:**

*Vanessa Tyner v. Bayer HealthCare Pharmaceuticals, Inc. and Bayer Schering Pharma AG,* **No. 3:10-cv-20183-DRH-PMF**

# ORDER

Plaintiff filed a motion to voluntarily dismiss her claims without prejudice pursuant to F.R.C.P. 41(a)(2) (Doc. 28). Defendants' responsive pleading was due on or before July 11, 2011. To date, Defendants have not responded. Having considered plaintiff's motion, the Court **GRANTS** the motion. Plaintiff's case is therefore dismissed **without prejudice**.

**SO ORDERED**

David R. Herndon
2011.07.12
13:58:12 -05'00'

**Chief Judge**                                                        **Date: July 12, 2011**
**United States District Court**